UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-633 (SRC) |
| | | Hon. Stanley R. Chesler |
| vs. | : | |
| ANIA NOWAK, and ZBIGNIEW CICHY | : | ORDER MODIFYING CONDITIONS OF <u>RELEASE</u> |

This matter having been opened by oral motions to modify conditions of pretrial release made by defendant Ania Nowak, *pro se*, and Zbigniew Cichy (Howard Brownstein, Esq., appearing) during a status conference held by the Court on October 19, 2011, and the Government not opposing the proposed modifications, and for good cause being shown,

IT IS, therefore, on this 26th day of October, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Nowak's and defendant Cichy's conditions of release be modified as follows:

ORDERED that both defendants are to be on home detention, with electronic monitoring, with exceptions for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services; and it is further

ORDERED that both defendants may leave their residence at the same time for approved activities as permitted by the Pretrial Services; and it is further

ORDERED that while on home detention, both defendants are to continue to be monitored by active Global Positioning System ("GPS")-electronic monitoring; and it is further

ORDERED that the defendants shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services; and it is further

ORDERED that all prior conditions of release not affected by the foregoing are to remain in full effect.

HONORABLE STANLEY R. CHESLER
United States District Judge