UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERESY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: 2:10-cr-00633-SRC |
| Plaintiff, | : | |
| v. | : | |
| ZBIGNIEW CICHY, | : | **ORDER** |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Howard B. Brownstein, Attorney for Zbigniew Cichy asking for an Order amending the defendant's bail status by allowing Mr. Cichy to have travel restricted to New Jersey or as approved by United States Pretrial Services, Matthew Beck, AUSA and Dan Milne of United States Pretrial Services having no objection and for good cause shown;

**IT IS** on this 3rd day of _____, 2011

**ORDERED** that Mr. Cichy have travel restricted to New Jersey or as approved by United States Pretrial Services; and it is further

**ORDERED** all other conditions of bail will remain the same.

Consented To By:

_____
Daniel Milne, USPT

_____
Matthew Beck, AUSA

_____
STANLEY R. CHESLER, U.S.D.J.