# UNITED DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 2:10-cr-00633 (SRC) |
| Plaintiff, | |
| v. | **ORDER** |
| ANIA NOWAK, | |
| Defendant. | |

THIS MATTER having been opened to the Court by Ania Nowak, Defendant, Pro Se asking for an Order amending defendant's bail status as follows:

1. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services and comply with the guidelines of the Location Monitoring Program.
2. Maintain employment as approved by the court to include Holy Rosary RC Church in Passaic, NJ and Global Builders, LLC.
3. All remaining conditions of release remain in full effect.

Matthew Beck, AUSA and Dan Milne of United States Pretrial Services having no objection and for good cause shown:

IT IS on this 19th day of January, 2012

ORDERED that Ms. Nowak's travel be restricted to New Jersey, unless otherwise approved by Pretrial Services and comply with the guidelines of the Location Monitoring Program; and it is further

ORDERED that Ms. Nowak is permitted to maintain employment as approved by the court to include Holy Rosary RC Church in Passaic, NJ and Global Builders, LLC; and it is further

ORDERED that all other conditions of bail remain the same.

Consented To By:

_____
Matthew Beck, AUSA

_____
Daniel Milne, USPT

_____
STANLEY R. CHESLER
United States District Judge