UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler
                              Crim. No. 10-633 (SRC)
           v.              :
                              ORDER
ANIA NOWAK and             :
ZBIGNIEW CICHY
                           :

This matter having come before the Court for a status conference, in the presence of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu and Matthew E. Beck, Assistant U.S. Attorneys, appearing), defendant Ania Nowak (*pro se*), and defendant Zbigniew Cichy (Howard B. Brownstein, Esq., appearing), the Court hereby makes the following findings:

1.  A further status conference is necessary in this case in light of defendant Cichy's motion for the appointment of new counsel, which was granted for the reasons stated from the bench;

2.  Defendant Nowak has notified the Court that she intends to file a motion for reconsideration of the Court's May 14, 2012 Opinion and Order granting the Government's Motion to Compel the taking of defendant Nowak's handwriting exemplars (Docket Entry 186); and

3. By letter filed May 14, 2012 (Docket Entry 188), defendant Nowak has renewed her motion to recuse the Court from this case ("Motion for Recusal").

WHEREFORE, on this 24th day of May, 2012,

IT IS ORDERED that a status conference shall be held in this matter on June 8, 2012 at 9:30 a.m.; and it is further

ORDERED that defendant Nowak's motion for reconsideration of the Court's Opinion and Order granting the Government's Motion to Compel the taking of defendant Nowak's handwriting exemplars ("Motion for Reconsideration") shall be filed no later than on or before June 8th, 2012; and it is further

ORDERED that the Government's response to defendant Nowak's Motion for Reconsideration shall be filed no later than on or before June 18th, 2012; and it is further

ORDERED that defendant Nowak's renewed Motion for Recusal is hereby TAKEN UNDER ADVISEMENT.

HON. STANLEY R. CHESLER
United States District Judge